of Appellants' Petition for Repayment of Taxes Filed Under Protest, and (3) a Judgment pertaining to Count I of Appellants' petition and affirming the decision of the State Tax Commission. We have reviewed the briefs of the parties and the record on appeal and conclude that the judgments of the trial court are supported by substantial evidence, are not against the weight of the evidence, and do not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976). We also find that Franklin County was entitled to judgment as a matter of law on Count II of Appellants' petition. *ITT Commercial Finance Corp. v. Mid–America Marine Supply Corp.*, 854 S.W.2d 371, 376 (Mo.banc 1993). An extended opinion would have no precedential value. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

Daniel L. Mohs, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea Mazza Follett, Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, C.J., LAWRENCE G. CRAHAN, J. and ROBERT E. CRIST, SR. J.

## ORDER

PER CURIAM.

Jerry Brandon ("Movant") appeals the judgment denying his Rule 29.15 post-conviction motion after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find that the judgment of the motion court is not clearly erroneous. Rule 29.15(k). An extended opinion would be of no precedential value. We affirm the judgment for the reasons set forth in the motion court's judgment. Rule 84.16(b).

Jerry BRANDON, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 80868.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 10, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 24, 2003.

Trula GARCIA, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 81892.

Missouri Court of Appeals,
Eastern District,
Division Three.

July 1, 2003.